UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-80054-CR-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                            **O R D E R**

BRENDA CHARLESTAIN,

    Defendant.
_____/

THIS MATTER is before the Court upon the Report and Recommendation (DE 54) filed herein by United States Magistrate Judge Robin S. Rosenbaum, and Defendant Brenda Charlestain's Motion To Declare 18 U.S.C. § 922(d)(1) Unconstitutional And To Thereafter Dismiss Counts 3 And 4 of the Indictment (DE 48). No Objections to said Report have been filed. The Court has conducted a *de novo* review of the entire record herein and is otherwise fully advised in the premises.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation (DE 54) filed herein by United States Magistrate Judge Robin S. Rosenbaum be and the same is hereby approved, adopted and ratified by the Court; and

2. Defendant Brenda Charlestain's Motion To Declare 18 U.S.C. § 922(d)(1) Unconstitutional And To Thereafter Dismiss Counts 3 And 4 of the Indictment (DE 48) be and the same is hereby **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 30th day of May, 2012.

                                                WILLIAM J. ZLOCH
                                                United States District Judge

Copies furnished:
The Honorable Robin S. Rosenbaum
United States Magistrate Judge
All Counsel of Record